# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Magistrate Judge Michael J. Watanabe

**Civil Action No.**  04-CV-02054-JLK-MJW                FTR

**Date:**  August 24, 2005                                Shelley Moore, Deputy Clerk

WILLIAM HOLMES,                                           William G. Fischer

                Plaintiff(s),

v.

USA,                                                      William G. Pharo

                Defendant(s).

## COURTROOM MINUTES / MINUTE ORDER

**SETTLEMENT CONFERENCE**

**Court in Session 2:21 p.m.**

Court calls case.  Appearances of parties and counsel.

The Settlement Agreement is reviewed and placed on the record.

**ORDERED:** The Settlement Agreement is approved.

**ORDERED:** Parties shall submit their Joint Stipulated Motion for Dismissal to Senior Judge Kane by **September 2, 2005**.

**ORDERED:** All further hearings before Magistrate Judge Watanabe are VACATED.

**Court in Recess 2:25 p.m.**
Total In-Court Time 0:04, hearing concluded; Time spent in settlement conference 04:00

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.