IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02054-JLK-MJW

WILLIAM HOLMES,

       Plaintiff,

v.

THE UNITED STATES OF AMERICA,

       Defendant.

## ORDER OF DISMISSAL

THIS MATTER, having come before the Court on a Stipulated Motion to Dismiss, and the Court having considered said motion, it is hereby;

ORDERED that this matter is dismissed with prejudice and each party is to pay their own costs and attorney's fees.

Dated this 6th day of September, 2005.

BY THE COURT

S/John L. Kane
United States District Judge